| | |
|---|---|
| MARK GAYLORD<br>Ballard Spahr<br>201 South Main Street, Suite 800<br>Salt Lake City, Utah 84111<br>Telephone: (801) 531-3000<br>gaylord@ballardspahr.com<br>Attorney for Plaintiffs | JOHN W. HUBER, United States Attorney (#7226)<br>AMANDA A. BERNDT, Assistant United States Attorney (#15370)<br>111 South Main Street, #1800<br>Salt Lake City, Utah 84111<br>Telephone:  (801) 524-5682<br>amanda.berndt@usdoj.gov<br>Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC. and HOWARD BERKES,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF LABOR and MINE SAFETY AND HEALTH ADMINISTRATION,<br><br>Defendants | Case No. 2:18-cv-00723-RJS<br><br><br><br>**STIPULATION OF DISMISSAL**<br><br><br>Judge Robert J. Shelby |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the parties' settlement agreement, Plaintiffs and Defendants hereby stipulate and agree to dismissal of this action with prejudice.

DATED this  21  day of December 2018.

JOHN W. HUBER
United States Attorney

/s/ Mark Gaylord
MARK GAYLORD

*Attorney for Plaintiffs*

/s/ Amanda A. Berndt
AMANDA A. BERNDT
Assistant United States Attorney

*Attorney for Defendants*