# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC. and HOWARD BERKES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR and MINE SAFETY AND HEALTH ADMINISTRATION, <br><br> Defendants. | **ORDER DISMISSING CASE WITH PREJUDICE** <br><br> Case No.: 2:18-cv-723 <br><br> Chief Judge Robert J. Shelby |

Based on the parties' Stipulation of Dismissal[1] and good cause appearing therefore, it is hereby ordered that this action is dismissed with prejudice, the parties to bear their own attorney's fees and costs.

**SO ORDERED** this 27th day of December, 2018.

BY THE COURT

ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 22.